
FILED
DEC 06 2018
Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JERI LYNN MILHEIM, <br><br> Defendant. | CR 11-95-BLG-SPW <br><br> ORDER |

Upon the Defendant's Motion for Early Termination of Supervision (Doc. 166), pursuant to 18 U.S.C. § 3583(e)(1) and Fed. R. Crim. P. 32.1(c)(2), and good cause being shown,

IT IS HEREBY ORDERED that the Defendant's motion is GRANTED. Jeri Milheim's supervision is terminated as of the date of this Order.

The Clerk shall notify the U.S. Probation Office of the making of this Order.

DATED this 5th day of December 2018.

SUSAN P. WATTERS
United States District Judge